ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMMA DEE REYNOLDS and THOMAS A. REYNOLDS, III, <br><br>    Plaintiffs, <br><br>v. <br><br>MITZI M. BONNELL and OTTO J. SCHWARZ, <br><br>    Defendants. | Civil Action No. 3:09-0594 <br> Judge Nixon <br> Magistrate Judge Knowles <br> JURY DEMAND |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFEDANT OTTO J. SCHWARZ MOTION FOR SUMMARY JUDGEMENT

Plaintiffs Emma D. Reynolds and Thomas A. Reynolds, III ("the Reynolds") respectfully move that they be granted leave of court to file a Supplemental Response to Defendant Otto J. Schwarz's Motion for Summary Judgment. (Doc. No. 9) In support of this motion, the Reynolds state that Schwarz filed his motion prior to the completion of any discovery in this case. Now that discovery is ongoing and documents are being produced, those documents further establish that summary judgment is inappropriate for Schwarz.

Wherefore, the Reynolds respectfully move this court for leave to file a Supplemental Response to the Schwarz Motion for Summary Judgment. The proposed Supplemental Response is attached hereto as Exhibit 1 to this motion.