UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMMA DEE REYNOLDS and THOMAS A. REYNOLDS, III, | ) ) ) | Civil Action No. 3:09-CV-0594 |
| Plaintiffs, | ) ) | |
| | ) | Judge: |
| v. | ) ) | Nixon |
| MITZI M. BONNELL and OTTO J. SCHWARZ, | ) ) ) | Magistrate Judge: Knowles |
| Defendants. | ) ) | JURY DEMAND |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN REPLY TO PLAINTIFFS' SUPPLEMENTAL AND SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT OTTO J. SCHWARZ'S MOTION FOR SUMMARY JUDGMENT**

COMES the Defendant, Otto J. Schwarz, by and through counsel, pursuant to LR 7.01(b) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, and respectfully requests leave to file a Supplemental Memorandum in Reply to Plaintiffs' Supplemental and Second Supplemental Responses to this Defendant's previously filed Motion for Summary Judgment. Plaintiffs' Supplemental and Second Supplemental Responses were filed on July 27, 2010. In further support, this Defendant has attached the proposed Suplemental Reply Memorandum as Exhibit 1 to this Motion.

WHEREFORE the Defendant, Otto J. Schwarz respectfully requests that this Honorable Court grant his motion and allow the filing of a Supplemental Reply Memorandum on his Motion for Summary Judgment in response to Plaintiff's recently filed Supplemental Response and Second Supplemental Response to the Motion for Summary Judgment.