UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EMMA DEE REYNOLDS, et al.** ) | |
| ) | |
| **v.** ) | Civil Action No. 3:09-0594 |
| ) | Judge Nixon/Knowles |
| **OTTO J. SCHWARZ** ) | |

## O R D E R

This action is currently scheduled for a jury trial on Tuesday, September 21, 2010, at 9:00 a.m. before the Honorable John T. Nixon. All pretrial deadlines for filing dispositive motions and for discovery have passed, and there are no motions currently pending before the Magistrate Judge.

The Court has been advised that the parties are ready for trial, and that there is no need for further case management proceedings before the Magistrate Judge. The Clerk is directed to forward this file to the Honorable John T. Nixon, Senior District Judge. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge