UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EMMA DEE REYNOLDS, et al.** ) | |
| ) | |
| vs. ) | Civil Action No. 3:09-0594 |
| ) | Judge Nixon/Knowles |
| **OTTO J. SCHWARZ** ) | |

**O R D E R**

This action is set for a final pretrial conference on Wednesday, September 8, 2010, at 10:00 a.m. before the Honorable John T. Nixon. The jury trial is currently scheduled on Tuesday, September 21, 2010, at 9:00 a.m. before Judge Nixon.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge