IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMMA DEE REYNOLDS and THOMAS A. REYNOLDS, III, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:09-CV-0594 Judge Nixon |
| MITZI M. BONNELL and OTTO J. SCHWARTZ, ) ) ) ) | Magistrate Judge Knowles |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 53.) Accordingly, the Court **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk to administratively close this case.

It is so ORDERED.

Entered this the 8th day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT